# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-16452-MDC

ROBERT M THORNTON
MARGARET L THORNTON
267 KING STREET
APT 4
POTTSTOWN, PA 19464-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROBERT M THORNTON
    MARGARET L THORNTON
    267 KING STREET
    APT 4
    POTTSTOWN, PA 19464-

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 1/15/2020

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee