Certificate Number: 05781-PAE-DE-034078905

Bankruptcy Case Number: 19-16452



05781-PAE-DE-034078905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2020, at 1:07 o'clock PM PST, Robert Thornton completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 11, 2020               By:     /s/Allison M Geving

                                        Name:   Allison M Geving

                                        Title:  President