## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Margaret L. Thornton aka Peggy L Thornton aka Margaret L Drevyanko aka Margaret L. Horvath aka Margaret L. Pouchan<br>Robert M. Thornton aka Bob Thornton<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2003-R1<br>Movant<br>vs. | NO. 19-16452 MDC<br><br>11 U.S.C. Sections 362 and 1301 (c) |
| Margaret L. Thornton aka Peggy L Thornton aka Margaret L Drevyanko aka Margaret L. Horvath aka Margaret L. Pouchan<br>Robert M. Thornton aka Bob Thornton<br>Debtor(s)<br><br>Brian Horvath<br>Co-Debtor<br>William C. Miller Esq.<br>Trustee | |

### ORDER

AND NOW, this 18th day of February, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 (c) of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301 (c), is modified with respect to the subject premises located at 84 West 5th Street, Pottstown, PA 19464 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.