United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert M Thornton  
Margaret L Thornton  
      Debtors

Case No. 19-16452-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Feb 20, 2020  
                       Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db/jdb        +Robert M Thornton,    Margaret L Thornton,    267 King Street, Apt 4,    Pottstown, PA 19464-9104  
               +Brian Horvath,    267 King Street,    Apt 4,    Pottstown, Pa 19464-9104  
               +KML Law Group PC,    Suite 5000 BNY Mellon Independence,    701 Market Street,  
                 Philadelphia, Pa 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:  
       JOSEPH L QUINN     on behalf of Joint Debtor Margaret L Thornton CourtNotices@rqplaw.com  
       JOSEPH L QUINN     on behalf of Debtor Robert M Thornton CourtNotices@rqplaw.com  
       REBECCA ANN SOLARZ     on behalf of Creditor    Wells fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, Et Al... bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                               TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Margaret L. Thornton aka Peggy L Thornton aka Margaret L Drevyanko aka Margaret L. Horvath aka Margaret L. Pouchan<br>    Robert M. Thornton aka Bob Thornton<br>        Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2003-R1<br>        Movant<br>  vs. | NO. 19-16452 MDC<br><br>11 U.S.C. Sections 362 and 1301 (c) |
| Margaret L. Thornton aka Peggy L Thornton aka Margaret L Drevyanko aka Margaret L. Horvath aka Margaret L. Pouchan<br>Robert M. Thornton aka Bob Thornton<br>        Debtor(s)<br><br>Brian Horvath<br>        Co-Debtor<br>William C. Miller Esq.<br>        Trustee | |

## ORDER

AND NOW, this 18th day of February, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 (c) of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301 (c), is modified with respect to the subject premises located at 84 West 5th Street, Pottstown, PA 19464 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

                                                                                              _Magdeline D. C._____
                                                                                                United States Bankruptcy Judge.