IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Robert M. Thornton and          :        Chapter 13
        Margaret L. Thornton             :
               Debtors                      :        Bankruptcy No.: 19-16452-mdc

_____

CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed May 20, 2020 was forwarded to the following parties, as follows:

*Via Certified First Class United States Mail on May 20, 2020:*

Christine A. Lombardo, Banking Officer
First National Bank of Pennsylvania
4140 E. State Street
Hermitage, PA 16148

*Via First Class United States Mail on May 20, 2020:*

Patricia A. McNamara, President
Berkheimer, Agent for Pottstown
Boro/Pottstown SD
c/o David R. Gordon
1883 Jory Road
Pen Argyl, PA 18072

Veronica Sorrell, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Peter Knapp, Authorized Agent
Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Borough of Pottstown
Tax Office
100 E. High Street
Pottstown, PA 19464

*via Electronic Filing (ECF on May 20, 2020:*

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz, Esquire on behalf of Wells fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, Et Al...
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                            **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        101 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@RQPLaw.com

Date: May 20, 2020        Counsel for Debtors