**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Robert M Thornton and | \| | Chapter 13 |
| Margaret L Thornton | \| | |
| Debtor(s) | \| | BK No. 19-16452-mdc |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**, less $750.00 paid by debtor pre-petition**.**

3. Expenses are **ALLOWED** in favor of the Application in the amount of **$74.00.**

BY THE COURT:

June 18, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE