```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

```
In re:                                                    Case No. 19-16452-mdc
Robert M Thornton                                         Chapter 13
Margaret L Thornton
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: DonnaR              Page 1 of 1         Date Rcvd: Jun 18, 2020
                            Form ID: 155              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
db/jdb         +Robert M Thornton,    Margaret L Thornton,    267 King Street, Apt 4,    Pottstown, PA 19464-9104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Joint Debtor Margaret L Thornton CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Robert M Thornton CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells fargo Bank, National Association, successor by
               merger to Wells Fargo Bank, Minnesota, National Association, Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert M Thornton and Margaret L Thornton

    Debtor(s)

Chapter: 13

Bankruptcy No: 19−16452−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this June 18, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

33
Form 155