United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert M Thornton  
Margaret L Thornton  
     Debtors

Case No. 19-16452-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: DonnaR   Page 1 of 1   Date Rcvd: Jun 18, 2020  
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.  
db/jdb      +Robert M Thornton,   Margaret L Thornton,   267 King Street, Apt 4,   Pottstown, PA 19464-9104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:  
        JOSEPH L QUINN    on behalf of Joint Debtor Margaret L Thornton CourtNotices@rqplaw.com  
        JOSEPH L QUINN    on behalf of Debtor Robert M Thornton CourtNotices@rqplaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Wells fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, Et Al... bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                        TOTAL: 5

UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Robert M Thornton and | &#124; | Chapter 13 |
|           Margaret L Thornton | &#124; | |
|                    Debtor(s) | &#124; | BK No. 19-16452-mdc |

**O R D E R**

    **AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**, less $750.00 paid by debtor pre-petition**.**

3. Expenses are **ALLOWED** in favor of the Application in the amount of **$74.00.**

                                           **BY THE COURT:**

June 18, 2020

                                        MAGDELINE D. COLEMAN
                                        CHIEF U.S. BANKRUPTCY JUDGE