**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Robert M Thornton and | : | Chapter 13 |
| Margaret L. Thornton, | : | |
| Debtors | : | Case No.: 19-16452-mdc |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor, Margaret Thornton,

effective immediately, to:

        450 E High Street, Apt 713
        Pottstown, PA 19464


By:    */s/ Joseph L. Quinn*
        Joseph L. Quinn, Esquire
        ROSS, QUINN & PLOPPERT, P.C.
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        Ph; (610) 323-5300
        jquinn@rqplaw.com


Date: March 24, 2022