**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Robert M. Thornton | : | |
| Margaret L. Thornton | | |
|     Debtor | : | CASE NO. 19-16452 |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that the undersigned, as counsel for Borough of Pottstown/Pottstown Borough Authority, an interested party in the above-captioned bankruptcy case, hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§ 342 and 1109(b) of the U.S. Bankruptcy Code, that all notices given or required to be given and all papers served or required to be served in these proceedings be also given to and served upon:

**James R. Wood, Esquire**
**Portnoff Law Associates, Ltd.**
**2700 Horizon Drive, Suite 100**
**King of Prussia, PA 19406**
**Telephone No. (484) 690-9341    Facsimile No. (484) 690-9301**
**jwood@portnoffonline.com**

PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b) of the U.S. Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, hearing, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telecopy, facsimile, telex, electronically or otherwise.

**PORTNOFF LAW ASSOCIATES, LTD.**

By: **/s/    James R. Wood, Esquire**
      James R. Wood, Esquire
      2700 Horizon Drive, Suite 100
      King of Prussia, PA 19406
      (484) 690-9341 (telephone)
      (484) 690-9301 (facsimile)
      Attorney for Borough of Pottstown/Pottstown
      Borough Authority

14-41857-0/RFN/kad