**THE U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Robert M Thornton and | : | Chapter 13 |
| Margaret L Thornton, | : | |
| Debtors | : | Case No. 19-16452-amc |

**SUGGESTION OF DEATH**

TO THE CLERK OF COURT:

Debtor Robert M Thornton, passed away on May 30, 2020.  This suggestion serves as notification to the Court and Chapter 13 Trustee.

Respectfully submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

BY:     */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610)323 - 6081
JQuinn@rqplaw.com

Date:  October 22, 2024