# THE U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Robert M Thornton and | : | Chapter 13 |
| Margaret L Thornton, | : | |
| Debtors | : | Case No. 19-16452-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the motion for a waiver from the certifications required by Local Bankruptcy Rule 4004-3, along with notice of motion filed on October 22, 2024 has been served upon the following by the means stated:

***Via First Class Mail, Postage Pre-Paid on October 22, 2024:***

Patricia A. McNamara, President
Berkheimer, Agent for Pottstown
Boro/Pottstown SD
c/o David R. Gordon
1883 Jory Road
Pen Argyl, PA 18072

Veronica Sorrell, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Peter Knapp, Authorized Agent
Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Borough of Pottstown
Tax Office
100 E. High Street
Pottstown, PA 19464
All other creditors listed on mailing matrix.

***Via Electronic Filing (ECF) on October 22, 2024:***

1

Denise Elizabeth Carlon on behalf of Creditor Wells fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, Et Al...
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

James Randolph Wood on behalf of Creditor Borough of Pottstown/Pottstown Borough Authority
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

                               **ROSS, QUINN & PLOPPERT, P.C.**

                               By: */s/ Joseph Quinn, Esquire*
                                  Joseph Quinn, Esquire
                                  Attorney I.D. 307467
                                  192 S. Hanover Street, Suite 101
                                  Pottstown, PA 19464
                                  Ph: (610) 323-5300
                                  F:  (610) 323-6081

Dated: October 22, 2024