### THE U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Robert M Thornton and | : | Chapter 13 |
| Margaret L Thornton, | : | |
| Debtors | : | Case No. 19-16452-amc |
| | : | |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Robert M. Thornton and Margaret L. Thornton, Debtors in the above-captioned matter.

2. That a copy of the Motion for Waiver from L.B.R. 4004-3 on behalf of Robert M. Thornton was filed on October 22, 2024, was served upon all parties in interest.

3. A certificate of service was filed with this Court on October 22, 2024, declaring timely service.

4. The response deadline to the Motion was set for November 12, 2024.

5. No response to said Motion has been received as of December 2, 2024.

ROSS, QUINN & PLOPPERT, P.C.

BY: /s/ Joseph Quinn
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date:  December 2, 2024         JQuinn@rqplaw.com