# THE U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Robert M Thornton and | : | Chapter 13 |
| Margaret L Thornton, | : | |
| Debtors | : | Case No. 19-16452-amc |

## ORDER

AND NOW, upon consideration of the motion for waiver of the certifications required in Local Bankruptcy Rule 4004-3, and after notice and opportunity for hearing, it is hereby ORDERED that Debtor Robert M Thornton is excused by this Court from the requirement to file Local Bankruptcy Form 4004-3B on grounds that the Debtor passed away on May 30, 2020.

Date: Dec. 6, 2024

BY THE COURT:

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE