United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                            Case No. 19-16452-amc

Robert M Thornton                                                                                      Chapter 13

Margaret L Thornton

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: 138OBJ | Total Noticed: 140 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M Thornton, 267 King Street, Apt 4, Pottstown, PA 19464-9104 |
| jdb | + | Margaret L Thornton, 450 E. High Street, Apt 713, Pottstown, PA 19464-5672 |
| 14405305 | | AFS, PO Box 65018, Baltimore, MD 21264-5018 |
| 14405306 | + | AFS, PO Box 64488, Baltimore, MD 21264-4488 |
| 14405308 | | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 14405313 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14405314 | | Arcadia Recovery Bureau, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14414941 | + | Berkheimer, Agent for Pottstown Boro/Pottstown SD, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14405317 | | Borough of Pottstown, Borough Hall, 100 East High Street, Pottstown, PA 19464-9525 |
| 14697206 | + | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14697207 | + | Borough of Pottstown/Pottstown Borough Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14405318 | + | Brandywine Institute of Orthopaedics, 1561 Medical Drive, Pottstown, PA 19464-3218 |
| 14405323 | | Central Credit Services LLC, PO Box 1879, Saint Charles, MO 63302-1879 |
| 14405324 | | Chase Receivables, PO Box 659, Caldwell, NJ 07007-0659 |
| 14405325 | | Community Health & Dental Care, 11 Robinson Street, Suite 100, Pottstown, PA 19464-6421 |
| 14405326 | | Community Health and Dental Care, Inc., PO Box 780802, Philadelphia, PA 19178-0802 |
| 14405328 | + | Complete Collection Service, 1007 N. Federal Hwy #280, Fort Lauderdale, FL 33304-1422 |
| 14405329 | | Court Common Pleas of Montgomery County, Montgomery County, Swede & Airy Streets, Norristown, PA 19401 |
| 14405330 | | Creative Health Services, 11 Robinson Street, Pottstown, PA 19464-6421 |
| 14405334 | + | Creditech, Inc, PO Box 130, Bangor, PA 18013-0130 |
| 14405335 | | Creditech, Inc., PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 14405336 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 14405337 | | Diakon Medical Group, 1022 N Union Street, Middletown, PA 17057-2158 |
| 14405340 | | EBI-Patient Pays, Lockbox #8506, PO Box 8500, Philadelphia, PA 19178-8506 |
| 14405342 | + | ENT and Allergy Specialists, 826 Main Street, Suite 201, Phoenixville, PA 19460-4459 |
| 14405339 | | Eastern PA Infectious Disease Assoc, 2200 Hamilton Street, Suite 308, Allentown, PA 18104-6359 |
| 14405341 | | Endoscopy Associates of Valley Forge LLC, PO Box 722, Phoenixville, PA 19460-0722 |
| 14405344 | + | Foot & Ankle Health Group, PC, 2108 E High Street, Pottstown, PA 19464-3205 |
| 14405345 | + | Friendship Ambulance, PO Box 529, Royersford, PA 19468-0529 |
| 14405346 | | Genoa Healthcare, PO Box 1450, Lockbox NW 6247, Minneapolis, MN 55485-6247 |
| 14405347 | | Genoa, a Qol Healthcare Company, PO Box 77030, Minneapolis, MN 55480-7730 |
| 14405348 | | Goodwill Steam Fire Engine Co 1, Ambulance Billing Office, PO Box 726, New Cumberland, PA 17070-0726 |
| 14405351 | | Intraoperative Monitoring Professionals, 201 Floral Vale Blvd, Morrisville, PA 19067-5524 |
| 14405352 | | J Peter Barrett DPM, PO Box 801749, Kansas City, MO 64180-1749 |
| 14405353 | + | Jamie McCaffert, 20 Markham Court, Langhorne, PA 19047-1445 |
| 14405354 | | Keystone Quality Transport, PO Box 2027, Media, PA 19063-9027 |
| 14405362 | | MLR Solutions, PO Box 824, Malvern, PA 19355-0913 |
| 14405357 | | Manatawny Manor Nursing Care, 30 Old Schuylkill Road, Plymouth Meeting, PA 19462-7971 |
| 14405360 | | Midlantic Urology TCUA, Patient Bill Processing Center, PO Box 791486, Baltimore, MD 21279-1486 |
| 14405365 | | Montgomery Medical Equipment, PO Box 825543, Philadelphia, PA 19182-5543 |

District/off: 0313-2                                  User: admin                                  Page 2 of 6
Date Rcvd: Dec 09, 2024                          Form ID: 138OBJ                          Total Noticed: 140

| | | |
|---|---|---|
| 14405366 | | Montgomery Radiology Assoc, PC, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 14405367 | | Montgomery Radiology Associates, PC, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 14405370 | | Nationwide Property & Casualty Insurance, PO Box 13958, Philadelphia, PA 19101-3958 |
| 14405374 | + | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14405380 | | PFA Pottstown Hospital, PO Box 13521, Reading, PA 19612-3521 |
| 14405384 | | PMA Gastroenterology Center, PO Box 722, Phoenixville, PA 19460-0722 |
| 14442868 | + | PMA MEDICAL SPECIALISTS LLC, 1121 Situs Court, Ste 200, Raleigh, NC 27606-4275 |
| 14405386 | | PMA Medical Specialists, PO Box 525, Phoenixville, PA 19460-0525 |
| 14405385 | | PMA Medical Specialists, Patient Bill Processing Center, PO Box 791486, Baltimore, MD 21279-1486 |
| 14405373 | | Patient First, PO Box 858941, Baltimore, MD 21275-8941 |
| 14405377 | | Pennsylvania Hospital, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14405378 | | Pennsylvania Hospital PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14405379 | + | Performance Spine & Sports Physicians, 1603 E High Street, Pottstown, PA 19464-5061 |
| 14405381 | | Phoenixville Clinic Company LLC, Attn #8651J, PO Box 14000, Belfast, ME 04915-4033 |
| 14405382 | | Phoenixville Hospital, PO Box 504060, Saint Louis, MO 63150-4060 |
| 14405383 | | Plastic Surgery Specialists, PC-Wound Sp, 1721 Valley Forge Road, Box 434, PO Box 434, Valley Forge, PA 19481-0434 |
| 14405387 | | Polaris Rehabilitation PLLC, PO Box 226, Devault, PA 19432-0226 |
| 14405390 | + | Portnoff Law Associates LTD, 1000 Sandy Street, Suite 150, Norristown, PA 19401-4162 |
| 14405391 | | Pottstown Clinic Company, Attn # 8755, PO Box 14000, Belfast, ME 04915-4033 |
| 14405392 | | Pottstown Clinic Company LLC, Attn #8755E, PO Box 14000, Belfast, ME 04915-4033 |
| 14405394 | | Pottstown Hospital, PO Box 12819, Philadelphia, PA 19176-0819 |
| 14405395 | | Pottstown Hospital Company, LLC, Attn#8777N, Po Box 14000, Belfast, ME 04915-4033 |
| 14405396 | | Pottstown Hospital Company, LLC, Attn#22258X, Po Box 14000, Belfast, ME 04915-4033 |
| 14405397 | | Pottstown Medical Sepcialists Inc., PO Box 1155, Pottstown, PA 19464-0875 |
| 14405399 | | Pottstown Medical Specialists Inc, PO Box 1155, Pottstown, PA 19464-0875 |
| 14405401 | | Pottstown Memorial Medical Center, PO Box 501144, Saint Louis, MO 63150-1144 |
| 14405403 | | Pottstown Oral & Maxillofacial, Surgery Associates, 500 Heritage Drive, Pottstown, PA 19464-3233 |
| 14405404 | + | Pottstown Tax Office, Finance/Tax Dept, 100 E High Street, Pottstown, PA 19464-5438 |
| 14405405 | + | Primary Eyecare Associates, 2087 E High Street, Pottstown, PA 19464-3211 |
| 14405406 | | Prof Anesthesia Cons PC, Dept LB#1803 PO Box 220, Bettendorf, IA 52722 |
| 14405410 | + | Reading Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14405412 | | Receivables Systems, Inc, PO Box 73810, Richmond, VA 23235-8047 |
| 14405413 | | Remote Neuromonitoring Physicians PC, Dept 2105, PO Box 11407, Birmingham, AL 35246-2105 |
| 14405414 | | Respiratory Specialists, 520 E 22nd Street, Lombard, IL 60148-6110 |
| 14448995 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14405417 | | Society Hill Anesthesia Consultants P A, P.O. Box 414853, Boston, MA 02241-4853 |
| 14405418 | | Society Hill Anesthesia Consultants PA, PO Box 414853, Boston, MA 02241-4853 |
| 14405420 | + | Specialty Rx, 5120 13th Avenue, Brooklyn, NY 11219-5090 |
| 14405423 | | Suburban Geriatrics, 2901 Jolly Road, Plymouth Meeting, PA 19462-2324 |
| 14405426 | | TH/Pottstown Memorial Ambulance Co LLC, Ambulance Billing Office, PO Box 726, New Cumberland, PA 17070-0726 |
| 14405428 | | Tower Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14405430 | | Tri-County Emergency Physicians LLC, PO Box 37851, Baltimore, MD 21297-7851 |
| 14405431 | + | Valley Forge ENT and Facial Plastics, A Division of Pinnacle ENT Associates, 2023 E High Street, Pottstown, PA 19464-3211 |
| 14405432 | + | Valley Forge Facial Plastic Surgery, 2023 East High Street, Pottstown, PA 19464-3211 |
| 14405436 | | Wells Fargo Home Mortgage, Po Box 11758, Newark, NJ 07101-4758 |
| 14405437 | | Western Berks Ambulance Assoc, 2506 Belmont Avenue, Reading, PA 19609-1535 |
| 14405438 | | Yong Shik Shin MD & Assoc, 1630 E. High Street, Building 4, Pottstown, PA 19464-3244 |
| 14405439 | | Yong Shik Shin MD Assoc, 1630 E High Street BLDG4, Pottstown, PA 19464-3244 |

TOTAL: 88

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 09 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14405311 | Email/Text: collectors@arresourcesinc.com | Dec 09 2024 23:51:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |

District/off: 0313-2                           User: admin                                    Page 3 of 6
Date Rcvd: Dec 09, 2024                        Form ID: 138OBJ                                Total Noticed: 140

| 14405309 | ^ MEBN | | |
| | | Dec 09 2024 23:50:42 | Amerifinancial Solutio, Po Box 65018, Baltimore, MD 21264-5018 |
| 14405310 | ^ MEBN | | |
| | | Dec 09 2024 23:50:42 | Amerisol, Po Box 65018, Baltimore, MD 21264-5018 |
| 14441404 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 10 2024 00:10:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14405316 | Email/Text: dltlegal@hab-inc.com | | |
| | | Dec 09 2024 23:51:00 | Berkheimer, HAB-MISC, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 14405349 | Email/Text: dltlegal@hab-inc.com | | |
| | | Dec 09 2024 23:51:00 | HAB-DLT, Berkheimer, PO Box 25149, Lehigh Valley, PA 18002-5149 |
| 14405322 | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | Dec 09 2024 23:51:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 22205-5126 |
| 14405425 | Email/Text: cfcbackoffice@contfinco.com | | |
| | | Dec 09 2024 23:51:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14405433 | Email/Text: cfcbackoffice@contfinco.com | | |
| | | Dec 09 2024 23:51:00 | Verve MASTERCARD, PO Box 6812, Carol Stream, IL 60197-6812 |
| 14405332 | Email/Text: correspondence@credit-control.com | | |
| | | Dec 09 2024 23:51:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042 |
| 14419882 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Dec 10 2024 00:10:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14405320 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Dec 10 2024 00:10:53 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14433326 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Dec 10 2024 00:11:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14405321 | Email/Text: kellyp@ccpdocs.com | | |
| | | Dec 09 2024 23:51:00 | Cardiology Consultants PH, 207 North Broad Street, 3rd Floor, Philadelphia, PA 19107-1500 |
| 14405331 | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | Dec 09 2024 23:51:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14405333 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Dec 10 2024 00:10:29 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14405350 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Dec 09 2024 23:51:00 | Department of the Treasury - IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14405343 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Dec 09 2024 23:51:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14405355 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Dec 09 2024 23:51:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14405338 | Email/Text: govtaudits@labcorp.com | | |
| | | Dec 09 2024 23:51:00 | Dianon Systems, PO Box 2240, Burlington, NC 27216-2240 |
| 14405356 | Email/Text: govtaudits@labcorp.com | | |
| | | Dec 09 2024 23:51:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 14439952 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 10 2024 00:10:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14405358 | + Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | Dec 09 2024 23:51:00 | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 14405359 | + Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | Dec 09 2024 23:51:00 | Medical Revenue Service, 645 Walnut Street, Suite 5, Gadsden, AL 35901-4173 |
| 14405361 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Dec 09 2024 23:51:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14405368 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Dec 09 2024 23:51:00 | National Recovery Agen, 2491 Paxton Street, |

District/off: 0313-2 | User: admin | Page 4 of 6
Date Rcvd: Dec 09, 2024 | Form ID: 138OBJ | Total Noticed: 140

| | | | |
|---|---|---|---|
| | | | Harrisburg, PA 17111-1036 |
| 14405369 | | Email/Text: Bankruptcies@nragroup.com | |
| | | Dec 09 2024 23:51:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14567019 | | Email/Text: peritus@ebn.phinsolutions.com | |
| | | Dec 09 2024 23:51:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14405389 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Dec 10 2024 00:25:01 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14619870 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Dec 10 2024 00:23:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14405407 | | Email/Text: pasi_bankruptcy@chs.net | |
| | | Dec 09 2024 23:51:00 | Professional Account Services, Inc, PO Box 188, Brentwood, TN 37024-0188 |
| 14443411 | + | Email/Text: joey@rmscollect.com | |
| | | Dec 09 2024 23:51:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14405375 | ^ | MEBN | |
| | | Dec 09 2024 23:50:50 | Penn Medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14405376 | ^ | MEBN | |
| | | Dec 09 2024 23:50:51 | Penn Medicine Physicians PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14405388 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Dec 10 2024 00:10:47 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14405409 | | Email/Text: BankruptcyMail@questdiagnostics.com | |
| | | Dec 09 2024 23:51:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14405415 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | |
| | | Dec 09 2024 23:51:00 | RMP, LLC, PO Box 349, Greensburg, IN 47240-0349 |
| 14405411 | + | Email/Text: joey@rmscollect.com | |
| | | Dec 09 2024 23:51:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14405421 | ^ | MEBN | |
| | | Dec 09 2024 23:50:50 | STERN & EISENBERG PC, 1581 MAIN ST STE 200, Warrington, PA 18976-3403 |
| 14405416 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Dec 09 2024 23:51:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14405419 | ^ | MEBN | |
| | | Dec 09 2024 23:50:52 | Specialized Loan Servicing LLC, PO Box 60535, City of Industry, CA 91716-0535 |
| 14405422 | | Email/Text: bankruptcy@sccompanies.com | |
| | | Dec 09 2024 23:51:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 14405424 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Dec 09 2024 23:51:00 | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 14431091 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Dec 09 2024 23:51:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14405427 | | Email/Text: bankruptcy@sccompanies.com | |
| | | Dec 09 2024 23:51:00 | The Swiss Colony, 1112 7th avenue, Monroe, WI 53566-1364 |
| 14405429 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | Dec 09 2024 23:51:00 | Transworld Systems Inc, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14405434 | | Email/Text: bankruptcy.accounts@wakeassoc.com | |
| | | Dec 09 2024 23:51:00 | Wakefield & Associates, Inc., PO Box 59003, Knoxville, TN 37950-9003 |
| 14405435 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Dec 09 2024 23:51:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14442128 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | | Dec 09 2024 23:51:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14448514 | ^ | MEBN | |
| | | Dec 09 2024 23:50:45 | Wells fargo Bank, National Association, |

District/off: 0313-2                              User: admin                                    Page 5 of 6
Date Rcvd: Dec 09, 2024                      Form ID: 138OBJ                          Total Noticed: 140

successor, C/O KML Law Group, 701 Market
Street Suite 5000, Philadelphia, PA. 19106-1541

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14405319 | | Brian Horvath |
| 14405364 | | Monica Feeley |
| 14405312 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 14405315 | * | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14405327 | * | Community Health and Dental Care, Inc., 11 Robinson Street, Suite 100, Pottstown, PA 19464-6421 |
| 14415227 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14405408 | *P++ | PROFESSIONAL ACCOUNT SERVICES INC, PO BOX 188, BRENTWOOD TN 37024-0188, address filed with court:, Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 14405393 | * | Pottstown Clinic Company, LLC, Attn #8755E, PO Box 14000, Belfast, ME 04915-4033 |
| 14405400 | * | Pottstown Medical Specialists Inc., PO Box 1155, Pottstown, PA 19464-0875 |
| 14405402 | * | Pottstown Memorial Medical Center, PO Box 501144, Saint Louis, MO 63150-0001 |
| 14405307 | ## | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 14405363 | ## | MLR Solutions Inc., PO Box 60536, King of Prussia, PA 19406-0536 |
| 14405371 | ## | Neurosurgical Care, LLC, 649 North Lewis Road, Suite 225, Royersford, PA 19468-1234 |
| 14405372 | ## | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14405398 | ##+ | Pottstown Medical Specialists, 1591 Medical Drive, Pottstown, PA 19464-3224 |

TOTAL: 2 Undeliverable, 8 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells fargo Bank  National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, Et Al... bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Margaret L Thornton CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Robert M Thornton CourtNotices@rqplaw.com |
| KENNETH E. WEST | |

ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)−doc 59 − 58

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Robert M Thornton | ) | Case No. 19−16452−amc |
|    aka Bob Thornton | ) | |
| | ) | |
|    Margaret L Thornton | ) | Chapter: 13 |
|    aka Peggy L Thornton | ) | |
|    aka Margaret L Drevyanko | ) | |
|    aka Margaret L. Pouchan | | |
|    aka Margaret L. Horvath | | |
|    Debtor(s). | | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 9, 2024

For The Court

Timothy B. McGrath
Clerk of Court