**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br>　　ROBERT M THORNTON<br>　　MARGARET L THORNTON<br>　　　　Debtor(s) | Case No. 19-16452-DJB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Kenneth E. West, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/15/2019.

2) The plan was confirmed on 06/18/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/15/2024.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,797.00.

10) Amount of unsecured claims discharged without full payment: $151,447.61.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $26,126.00 |
| Less amount refunded to debtor | $27.15 |

**NET RECEIPTS:** $26,098.85

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,324.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,225.71 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,549.71

Attorney fees paid and disclosed by debtor:       $750.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFS/AMERIFINANCIAL SOLUTIONS, I | Unsecured | 5,309.10 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 2,092.57 | NA | NA | 0.00 | 0.00 |
| AMERIFINANCIAL SOLUTIO | Unsecured | 2,127.00 | NA | NA | 0.00 | 0.00 |
| AMERIFINANCIAL SOLUTION | Unsecured | 6,419.00 | NA | NA | 0.00 | 0.00 |
| AMERISOL | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| AR RESOURCES INC | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA | Unsecured | 485.94 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 182.19 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SVCS | Unsecured | NA | 36.92 | 36.92 | 3.32 | 0.00 |
| ASHLEY FUNDING SVCS | Unsecured | NA | 185.24 | 185.24 | 16.66 | 0.00 |
| BERKHEIMER | Unsecured | 29.70 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR | Priority | NA | 267.80 | 267.80 | 267.80 | 0.00 |
| BOROUGH OF POTTSTOWN | Unsecured | 644.61 | NA | NA | 0.00 | 0.00 |
| BRANDYWINE INSTITUTE OF ORTHC | Unsecured | 1,799.90 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | 481.72 | 481.72 | 43.32 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 358.40 | 358.40 | 32.23 | 0.00 |
| CARDIOLOGY CONSULTANTS PH | Unsecured | 633.75 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 489.30 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 28.24 | NA | NA | 0.00 | 0.00 |
| COMMUNITY HEALTH & DENTAL CA | Unsecured | 1,818.00 | NA | NA | 0.00 | 0.00 |
| COURT COMMON PLEAS OF MONTG | Unsecured | 1,554.30 | NA | NA | 0.00 | 0.00 |
| CREATIVE HEALTH SERVICES | Unsecured | 375.85 | NA | NA | 0.00 | 0.00 |
| CREDITECH, INC | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| CTECH COLL | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| DIAKON MEDICAL GROUP | Unsecured | 171.58 | NA | NA | 0.00 | 0.00 |
| EASTERN PA INFECTIOUS DISEASE A | Unsecured | 237.64 | NA | NA | 0.00 | 0.00 |
| EBI-PATIENT PAYS | Unsecured | 866.26 | NA | NA | 0.00 | 0.00 |
| ENDOSCOPY ASSOCIATES OF VALLE | Unsecured | 125.08 | NA | NA | 0.00 | 0.00 |
| ENT AND ALLERGY SPECIALISTS | Unsecured | 81.56 | NA | NA | 0.00 | 0.00 |
| FOOT & ANKLE HEALTH GROUP, PC | Unsecured | 72.77 | NA | NA | 0.00 | 0.00 |
| FRIENDSHIP AMBULANCE | Unsecured | 492.63 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GENOA, A QOL HEALTHCARE COMPA | Unsecured | 4.91 | NA | NA | 0.00 | 0.00 |
| GOODWILL STEAM FIRE ENGINE CO | Unsecured | 275.39 | NA | NA | 0.00 | 0.00 |
| HAB-DLT | Unsecured | 121.60 | NA | NA | 0.00 | 0.00 |
| HAB-DLT | Unsecured | 105.10 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 13,097.31 | 11,096.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | 2,001.31 | 179.96 | 0.00 |
| INTRAOPERATIVE MONITORING PRO | Unsecured | 212.58 | NA | NA | 0.00 | 0.00 |
| J PETER BARRETT DPM | Unsecured | 49.76 | NA | NA | 0.00 | 0.00 |
| KEYSTONE QUALITY TRANSPORT | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORPORATION OF AM | Unsecured | 222.16 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 454.25 | 454.25 | 40.85 | 0.00 |
| MANATAWNY MANOR NURSING CAR | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS I | Unsecured | 2,271.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL REVENUE SERVICE | Unsecured | 1,657.82 | NA | NA | 0.00 | 0.00 |
| MIDLANTIC UROLOGY TCUA | Unsecured | 66.05 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 67.68 | NA | NA | 0.00 | 0.00 |
| MLR SOLUTIONS INC. | Unsecured | 1,117.21 | NA | NA | 0.00 | 0.00 |
| MONICA FEELEY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY MEDICAL EQUIPMEN | Unsecured | 8.16 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY RADIOLOGY ASSOC, | Unsecured | 194.21 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 494.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE PROPERTY & CASUALT | Unsecured | 224.77 | NA | NA | 0.00 | 0.00 |
| NEUROSURGICAL CARE, LLC | Unsecured | 73.96 | NA | NA | 0.00 | 0.00 |
| NORTH AMERICAN PARTNERS IN AN | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | 77.67 | NA | NA | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | NA | 609.92 | 609.92 | 54.85 | 0.00 |
| PECO-PAYMENT PROCESSING | Unsecured | 65.82 | NA | NA | 0.00 | 0.00 |
| PENN MEDICINE | Unsecured | 4,678.24 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA HOSPITAL | Unsecured | 1,497.80 | NA | NA | 0.00 | 0.00 |
| PERFORMANCE SPINE & SPORTS PH | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERV | Secured | NA | 17,946.81 | 19,821.66 | 19,821.66 | 0.00 |
| PHOENIXVILLE CLINIC COMPANY LI | Unsecured | 147.48 | NA | NA | 0.00 | 0.00 |
| PHOENIXVILLE HOSPITAL | Unsecured | 1,368.78 | NA | NA | 0.00 | 0.00 |
| PLASTIC SURGERY SPECIALISTS PC- | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| PMA GASTROENTEROLOGY CENTER | Unsecured | 199.73 | NA | NA | 0.00 | 0.00 |
| PMA MEDICAL SPECIALISTS | Unsecured | 550.86 | NA | NA | 0.00 | 0.00 |
| PMA MEDICAL SPECIALISTS LLC | Unsecured | NA | 281.92 | 281.92 | 0.00 | 0.00 |
| POLARIS REHABILITATION PLLC | Unsecured | 153.43 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Unsecured | 902.46 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 984.07 | 984.07 | 88.49 | 0.00 |
| POTTSTOWN CLINIC COMPANY LLC | Unsecured | 37.57 | NA | NA | 0.00 | 0.00 |
| POTTSTOWN HOSPITAL | Unsecured | 304.25 | NA | NA | 0.00 | 0.00 |
| POTTSTOWN MEDICAL SEPCIALISTS | Unsecured | 304.22 | NA | NA | 0.00 | 0.00 |
| POTTSTOWN MEMORIAL MEDICAL C | Unsecured | 4,451.66 | NA | NA | 0.00 | 0.00 |
| POTTSTOWN ORAL & MAXILLOFACI | Unsecured | 106.80 | NA | NA | 0.00 | 0.00 |
| PRIMARY EYECARE ASSOCIATES | Unsecured | 32.49 | NA | NA | 0.00 | 0.00 |
| PROF ANESTHESIA CONS PC | Unsecured | 27.49 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 16,913.44 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 1,139.95 | NA | NA | 0.00 | 0.00 |
| READING HEALTH SYSTEM | Unsecured | 44.50 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| REMOTE NEUROMONITORING | Unsecured | 115.63 | NA | NA | 0.00 | 0.00 |
| RESPIRATORY SPECIALISTS | Unsecured | 973.76 | NA | NA | 0.00 | 0.00 |
| RMP, LLC | Unsecured | 34.62 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 48.59 | NA | NA | 0.00 | 0.00 |
| SOCIETY HILL ANESTHESIA CONSUL | Unsecured | 339.13 | NA | NA | 0.00 | 0.00 |
| SPECIALTY RX | Unsecured | 7.10 | NA | NA | 0.00 | 0.00 |
| STONEBERRY | Unsecured | 104.05 | NA | NA | 0.00 | 0.00 |
| SUBURBAN GERIATRICS | Unsecured | 184.46 | NA | NA | 0.00 | 0.00 |
| TBOM/ATLS/FORTIVA MC | Unsecured | 984.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TBOM/CONTINENTAL FINANCE CO. | Unsecured | 1,238.00 | NA | NA | 0.00 | 0.00 |
| TH/POTTSTOWN MEMORIAL AMBUL | Unsecured | 110.94 | NA | NA | 0.00 | 0.00 |
| THE SWISS COLONY | Unsecured | 98.21 | NA | NA | 0.00 | 0.00 |
| TOWER HEALTH SYSTEM | Unsecured | 14.60 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY PHYSICIA | Unsecured | 4,743.79 | NA | NA | 0.00 | 0.00 |
| VALLEY FORGE ENT AND FACIAL PL. | Unsecured | 44.10 | NA | NA | 0.00 | 0.00 |
| VERVE MASTERCARD | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 64,598.19 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Secured | NA | 127,594.32 | 80,266.66 | 0.00 | 0.00 |
| WESTERN BERKS AMBULANCE ASSO | Unsecured | 137.67 | NA | NA | 0.00 | 0.00 |
| YONG SHIK SHIN MD & ASSOC | Unsecured | 860.73 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $80,266.66 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,821.66 | $19,821.66 | $0.00 |
| All Other Secured | $11,096.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$111,184.32** | **$19,821.66** | **$0.00** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $267.80 | $267.80 | $0.00 |
| **TOTAL PRIORITY:** | **$267.80** | **$267.80** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,393.75** | **$459.68** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,549.71 |
| Disbursements to Creditors | $20,549.14 |
| **TOTAL DISBURSEMENTS :** | **$26,098.85** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/13/2025                    By: /s/ Kenneth E. West
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**